UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**G & B TERMINAL, INC. and**
**DELTA AMERICAN FUELS, LLC**                                           **PLAINTIFFS**

**v.**                         **CASE NO. 2:08cv00095 BSM**

**MYER HERSZBERG**                                                       **DEFENDANT**

## ORDER

In accordance with the order entered today confirming the arbitration award, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE